# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

CARMEN HAIFA

VERSUS

SHARKNINJA OPERATING LLC

CIVIL ACTION

24-548-SDD-RLB

## RULING

The Court has carefully considered the Motion,[1] record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated October 8, 2024, to which no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Remand (R. Doc. 7) is **DENIED.**

Signed in Baton Rouge, Louisiana the __4th__ day of November, 2024.

_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 7.
[2] Rec. Doc. 19.